UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-27M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| MICHAEL MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Felon in Possession of a Firearm - Armed Career Criminal; Possession of a Stolen Firearm

Date of Detention Hearing:   January 31, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant is charged by Indictment in the District of South Dakota. A hearing was

01 held in this District pursuant to CrR 5(c)(3)D)(ii), following which a finding was entered that

02 probable cause exited to establish that the defendant was the same person named in the Indictment.

03     (2)    Defendant has a lengthy criminal record that includes multiple failures to appear

04 and modifications of sentence for non-compliance. Defendant is currently under the supervision

05 of this Court for Case Number 03-545, and has been found in violation of the conditions of

06 supervised release three times for charges including use of controlled substances, failure to

07 participate in a substance abuse program, failing to complete halfway house placement, failing to

08 report to the probation officer, and committing new criminal offenses.

09     (3)    Defendant was not interviewed by Pretrial Services. Updated background

10 information is not available.

11     (4)    Defendant does not contest detention.

12     (5)    Defendant poses a risk of nonappearance due a history of failure to appear, a

13 history of noncompliance with court orders, and lack of current background information. He

14 poses a risk of danger due to criminal history and the nature of the current charges.

15     (6)    There does not appear to be any condition or combination of conditions that will

16 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

17 to other persons or the community.

18 It is therefore ORDERED:

19     (1)    Defendant shall be detained pending trial and committed to the custody of the

20         Attorney General for confinement in a correction facility separate, to the extent

21         practicable, from persons awaiting or serving sentences or being held in custody

22         pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  31st  day of  January , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge